FILED
11/07/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

**SCANNED at Plainfield and Emailed on**
11/7/22 by [initials] - 14 pages.
(date) (initials) (num)

**Consent to Receipt of Documents Through Prisoner Electronic Filing Program**

I am participating in the United States District Court for the Northern and Southern Districts of Indiana Prisoner Electronic Filing Program ("E-Filing Program").

When the Court issues an Order, Entry, or other document, a Notice of Electronic Filing is automatically generated and sent to Library staff. In order to receive copies of documents issued by the Court more quickly, I consent pursuant to Fed.R.Civ.P. 5(b)(2)(F) to be served with documents issued by the Court via the E-Filing Program. By consenting to participate I will receive via the institutional mail a printed copy of any ruling or notice issued by the Court in the case and a copy of the Notice of Electronic Filing.

This consent is valid as long as I reside at my current correctional facility. A new consent form will need to be signed if I am transferred and the new facility participates in the E-Filing Program. I acknowledge that it is my obligation to notify the Court of any change in my address.

Name: Steven Reynolds Date: 11-7-22

DOC Number: 108390

Address: 727 Moon Rd.
Plainfield, In. 46168

Case filed in:

Northern District of Indiana: ____

Southern District of Indiana: ✓

Case Number (if pending at time of consent): ____________